## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **BELINDA A. HAGER** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **Civil No.: 1:19cv25-HSO-RPM** |
| | § | |
| **KILOLO KIJAKAZI,** | § | |
| **ACTING COMMISSIONER** | § | |
| **COMMISSIONER OF** | § | **DEFENDANT** |
| **SOCIAL SECURITY** | § | |

### ORDER GRANTING UNOPPOSED MOTION [24] TO REMAND AND REMANDING FINAL DECISION

BEFORE THE COURT is the Unopposed Motion [24] to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) filed by Defendant Kilolo Kijakazi, Acting Commissioner of Social Security.  Mot. [24].  Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Acting Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and considering the Acting Commissioner's request to remand this action for further administrative proceedings, and the Court being advised that counsel for Plaintiff does not oppose this request to remand,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, upon remand, the Appeals Council shall instruct the Administrative Law Judge (ALJ) to evaluate the nature and severity of the claimant's impairments without deference to the prior ALJ's decision; update the medical record; give further consideration to the severity of the claimant's medically determined impairments; give further consideration to whether the claimant's impairments meet or equal any of the listed

impairments;  re-evaluate the claimant's residual functional capacity; and take any other action deemed necessary.

This Court hereby reverses the Acting Commissioner's decision pursuant to sentence four of 42 U.S.C. § 405(g), and remands to the Acting Commissioner for further proceedings as set forth herein and in Acting Commissioner's supporting Memorandum [24-1] filed herein.  *See Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 10th day of August, 2021

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE