IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BELINDA A. HAGER** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No.: 1:19cv25-HSO-RPM |
| | § | |
| **KILOLO KIJAKAZI,** | § | |
| **ACTING COMMISSIONER** | § | |
| **COMMISSIONER OF** | § | **DEFENDANT** |
| **SOCIAL SECURITY** | § | |

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Court's Order granting the Unopposed Motion [24] to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), and remanding this civil action, the Court hereby enters judgment, pursuant to Federal Rule of Civil Procedure 58.

**IT IS, THEREFORE ORDERED AND ADJUDGED** that, this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 10th day of August, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE