IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **BELINDA HAGER,**<br>     Plaintiff,<br><br>     v.<br><br>**KILOLO KIJAKAZI,**<br>Acting Commissioner of Social Security,<br>     Defendant. | No. 1:19-cv-00025-HSO-RPM<br><br>**STIPULATION RE: ATTORNEY FEES UNDER THE EAJA** |

## ORDER

On the stipulation of the parties, **IT IS ORDERED THAT:**

1. The Stipulation for Attorney's Fees Under the Equal Access to Justice Act is **GRANTED** and Plaintiff is **AWARDED** $3,500.00 for reasonable attorney fees under the EAJA, and $400.00 from the Judgment Fund administered by the Department of Justice.

2. In accordance with the EAJA and *Astrue v. Ratliff*, 560 U.S. 586 (2010), the EAJA fee award is payable to Plaintiff as the litigant and subject to offset to satisfy any preexisting debts that the litigant may owe to the United States.

DATED: September 1, 2021

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE